costs. (See *People ex rel. Richards* v. *Hylan, ante,* p. 871, decided herewith.) Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

The People of the State of New York ex rel. Louis M. Marchant and Annie Marchant, His Wife, Respondents, v. John F. Hylan, as Mayor of the City of New York, Appellant.— Order granting peremptory writ of mandamus reversed, with ten dollars costs and disbursements, and the motion therefor denied, with ten dollars costs. (See *People ex rel. Richards* v. *Hylan, ante,* p. 871, decided herewith.) Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

The People of the State of New York ex rel. Agnes Somerville, Respondent, v. John F. Hylan, as Mayor of the City of New York, Appellant.— Order granting peremptory writ of mandamus reversed, with ten dollars costs and disbursements, and the motion therefor denied, with ten dollars costs. (See *People ex rel. Richards* v. *Hylan, ante,* p. 871, decided herewith.) Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

Mary Ann Raynor, Respondent, v. Willett E. Raynor, Appellant.— The fourth finding of fact and the first and second conclusions of law are reversed, and we find the third, fourth and fifth findings of fact and the first and fifth conclusions of law proposed by defendant. Judgment, therefore, reversed and complaint dismissed, without costs. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur. Settle order on notice before Mr. Justice Rich.

Rockland Light and Power Company, Respondent, v. Rockland Shoe Manufacturing Corporation, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

James Rooney, an Infant, by William Rooney, His Guardian ad Litem, Respondent, v. Westcott Express Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

Joseph J. Salatino, Respondent, v. Isaac Berman and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

Frances B. Shaw, Respondent, v. Clarence H. Kelsey, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

Joseph N. Stewart, Respondent, v. Eugene A. Fallon and James Kiernan, Appellants, Impleaded with Others, Defendants.— Judgment modified by striking out the provision for costs and reduced accordingly, and as so modified the judgment and order are unanimously affirmed, without costs to either party. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

Transcontinental Engineering Corporation, Appellant, v. Roland R. Conklin, Respondent.— Orders affirmed, with ten dollars costs and disbursements on each order. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

Charles L. Allers, Appellant, v. Olga S. Allers, Respondent.— Motion for reargument of appeals denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.